IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LADELL D. MADLOCK,

    Plaintiff,

v.

    Case No. 18-cv-528-jdp

CODY T. SAYLOR, MARIA LEMIEUX,
DANE M. ESSER, ELLEN RAY, AND
WILLIAM BROWN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

| /s/ | 3/9/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |